UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MIAE DECOVICH, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> VENETIAN CASINO RESORT, LLC, ) <br> *et al.*, ) <br> ) <br> Defendants. ) | 2:11-cv-872-JCM-CWH |

This matter came before the Court for hearing on the parties' Stipulated Amended Discovery Plan and Scheduling (#15), filed December 22, 2011. Having reviewed the stipulation and heard the representation of counsel, the Court finds good cause for the stipulated extension. Pursuant to the discussion at the hearing, the parties are instructed to meet and confer and contact the chambers of the undersigned to schedule a settlement conference in this matter within 7 days of this order. Accordingly,

**IT IS HEREBY ORDERED** that the parties' Stipulated Amended Discovery Plan and Scheduling (#15) is **granted** consistent with the foregoing.

DATED this 10th day of January, 2012.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge