1
2
3
4                         UNITED STATES DISTRICT COURT
5                              DISTRICT OF NEVADA
6                                    * * *
7    MIAE DECOVICH,                    )
                                       )
8              Plaintiff,              )        2:11-cv-872-JCM-CWH
                                       )
9    vs.                               )
                                       )
10   VENETIAN CASINO RESORT, LLC,      )
     *et al.*,                         )
11                                     )
               Defendants.             )
12   _____)

13         This matter came before the Court for hearing on the parties' Stipulated Amended

14   Discovery Plan and Scheduling (#15), filed December 22, 2011.  Having reviewed the stipulation

15   and heard the representation of counsel, the Court finds good cause for the stipulated extension.

16   Pursuant to the discussion at the hearing, the parties are instructed to meet and confer and contact

17   the chambers of the undersigned to schedule a settlement conference in this matter within 7 days

18   of this order.  Accordingly,

19         **IT IS HEREBY ORDERED** that the parties' Stipulated Amended Discovery Plan and

20   Scheduling (#15) is **granted** consistent with the foregoing.

21         DATED this 10th day of January, 2012.

22
23
24                                      _____
25                                      C.W. Hoffman, Jr.
                                        United States Magistrate Judge
26
27
28