Anna Maria Martin (Bar No. 7079)
amartin@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
2500 Sharon Way
Reno, Nevada 89509
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Mailing:     316 California Ave. # 216
             Reno, Nevada 89509

Attorneys for Defendant
ANTHEM LIFE INSURANCE COMPANY

Julie A. Mersch (Bar No. 004695)
jam@merschlaw.com
LAW OFFICE OF JULIE A. MERSCH
1100 E. Bridger Ave.
Las Vegas, NV 89101
Telephone: (702) 387-5868
Facsimile: (702) 387-0109

Attorneys for Plaintiff
MIAE DECOVICH

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA (LAS VEGAS)

| | |
|---|---|
| MIAE DECOVICH,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>VENETIAN CASINO RESORT, LLC, as Plan Administrator of the Venetian Insurance Package Long-Term Disability Plan; ANTHEM LIFE INSURANCE COMPANY, as Claims Administrator for Venetian Insurance Package Long-Term Disability Plan; DOES I through V; and ROE CORPORATIONS I thru inclusive,<br><br>　　　　Defendant. | Case No. 2:11-cv-00872-JCM-CWH<br><br>**JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Judge:　James C. Mahan<br><br>Complaint Filed:　May 31, 2011 |

IT IS HEREBY STIPULATED, by and between Plaintiff MIAE DECOVICH and Defendant ANTHEM LIFE INSURANCE COMPANY, by and through their respective attorneys of record, that this action shall be dismissed in its entirety with

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

171813.1

1

Case No. 2:11-cv-00872-JCM-CWH
JT. STIP. TO DISMISS ENTIRE ACTION WITH PREJUDICE;[PROPOSED] ORDER THEREON

prejudice as to all defendants pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each party shall bear its own attorney fees and costs.

The parties seek the Court's approval of the dismissal of the action with prejudice.

**IT IS SO STIPULATED.**

Dated: October 28, 2019    Julie A. Mersch
LAW OFFICE OF JULIE A. MERSCH

By: */s/. Julie A. Mersch*
    Julie A. Mersch (Bar No. 004695)
    LAW OFFICE OF JULIE A. MERSCH
    701 S. 7th Street
    Las Vegas, NV 89101

Dated: October 28, 2019    MESERVE, MUMPER & HUGHES LLP
Anna Maria Martin

By: */s/ Anna Maria Martin*
    Anna Maria Martin (NV Bar No. 7079)
    MESERVE, MUMPER & HUGHES LLP
    316 California Ave. #216
    Reno, Nevada 89509

### **Filer's Attestation**

The filing attorney attests that she has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

**IT IS SO ORDERED:**

*[signature]*
HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

DATED: October 29, 2019